NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-221

JEANNE LOUISE ROGERS AND ELEANOR RENEE ROGERS

VERSUS

LAFAYETTE GENERAL MEDICAL CENTER, ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20022631
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE
**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Nicholas Gachassin, Jr.
Renee M. Credeur
Holli K. Yandle
Gachassin Law Firm
P. O. Box 2850
Lafayette, LA 70502
(337) 235-4576
Counsel for Defendant-Appellee:
    Lafayette General Medical Center
    Kevin P. Karam, M.D.

Kenneth Gerard Miller
Attorney at Law
111 Mercury Street
Lafayette, LA 70503
(337) 289-1300
Counsel for Plaintiff-Appellant:
    Jeanne Louise Rogers
    Eleanor Renee Rogers